UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA M. BENSON,<br><br>                              Plaintiff,<br><br>           -against-<br><br>DANIEL P. McCOY; JANET L. YELLEN,<br><br>                              Defendants. | 23cv9673 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 10, 2024
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge